# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:10-cr-00001 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| | ) |
| ELLIS BELL, III | ) |

## ORDER

On July 24, 2019, the Sixth Circuit issued an Opinion in Defendant's habeas case (Case No. 3:16-cv-01489) in which it reversed the grant of habeas relief, vacated the amended criminal judgment, and remanded with instructions to reinstate the original sentence in this case. This Court subsequently issued an Order (Doc. No. 99) stating its intent to reinstate the original sentence, and directing the parties to file their positions on whether the Court should hold a hearing to do so, once the mandate issued from the Sixth Circuit. In response to the Order, the Government filed its Position (Doc. No. 100) stating that, in light of the limited remand, the Court need not hold a hearing to reinstate the original sentence. As of the date of this Order, Defendant has not filed a response.

On September 16, 2019, the Sixth Circuit issued its mandate in this case. Based on the limited nature of the remand, solely for the purpose of reinstating the original sentence, the Court concludes that a hearing is unnecessary. Accordingly, by separate filing, the Court reinstates the original sentence in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE